[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 19-11218

_____

D.C. Docket No. 1:18-cr-20538-FAM-1

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ADEMOLA O. ADEBAYO,

Defendant - Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(February 12, 2021)

Before WILSON, LAGOA, and BRASHER, Circuit Judges.

PER CURIAM:

Appellant-Defendant Ademola Adebayo appeals his convictions for one count of conspiracy to commit health care fraud and wire fraud in violation of 18 U.S.C. § 1349, three counts of health care fraud in violation of 18 U.S.C. § 1347, and one count of conspiracy to commit money laundering in violation of 18 U.S.C. § 1956(h). He argues that the district court erred in denying his motion for a judgment of acquittal and/or a motion for a new trial. He also appeals the district court's decision to admit certain government exhibits during trial; the district court's application of the special skill and sophisticated means enhancements under sections 3B1.3 and 2B1.1(b)(10) of the Sentencing Guidelines; and the district court's order of restitution. After reviewing the briefs and the record, and with the benefit of oral argument, we conclude that Adebayo's arguments are without merit. We find the district court's rulings to be well-reasoned and affirm as to each issue.

**AFFIRMED.**